IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| VOLT POWER, LLC §<br>§<br>*Plaintiff,* §<br>§<br>vs. §<br>§<br>AXIS POWER, LLC, JUSTIN §<br>GRAHAM, ALEX GRAHAM, §<br>SAMUEL "SAMMY" CHRISTIAN, §<br>ALFREDO "FREDDY" CHAVEZ, §<br>DANIEL WELCH, LANCE BROWN, §<br>ARCH MANAGEMENT SERVICES, §<br>LLC, BRANDON CODY GRAHAM, §<br>AND DAVID COLEMAN §<br>§<br>*Defendants.* § | Civil Case No.: 5:21-cv-00216 |

## JOINT MOTION FOR TEMPORARY STAY
## OF PROCEEDINGS TO CONDUCT MEDIATION

Plaintiff Volt Power, LLC ("Volt") and Defendants Axis Power, LLC; Arch Management Services, LLC; Justin Graham; Alex Graham; Samuel "Sammy" Christian; Alfredo "Freddy" Chavez; Daniel Welch; Brandon Cody Graham; and Lance Brown ("Defendants")(collectively, the "Parties") jointly request a stay of all proceedings and deadlines in this case while the Parties attempt to resolve this case through an out-of-court mediation.

The Parties have agreed to mediate this case on April 6, 2022 with Mediator Don Philbin. The Parties also agree that to conserve judicial and party resources and to allow the Parties sufficient time to mediate this case, a stay of all of the above deadlines and proceedings, along with any other accompanying case activity, is warranted. The Parties will jointly notify the Court no later than April 30, 2022 of the results of their efforts to resolve this case.

In light of the foregoing, the Parties respectfully request that the Court enter a stay of this case to allow the Parties to attempt to resolve the case through an out-of-court mediation. A proposed Order is attached.

Dated: March 14, 2022.

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: */s/ Scott R. McLaughlin*
    Scott R. McLaughlin
    State Bar No.: 00791234
    500 Dallas, Suite 3000
    Houston, Texas 77002
    Telephone: (713) 655-0855
    Facsimile: (713) 655-0020
    scott.mclaughlin@ogletree.com

-and-

**EVERSHEDS SUTHERLAND (US) LLP**

By: */s/ John T. Hays*
    John T. Hays
    State Bar. No.: 24101885
    700 Sixth Street, NW, Suite 700
    Washington, D.C. 20001
    Telephone: (202) 383-0134
    Facsimile: (202) 637-3593
    JohnHays@eversheds-sutherland.com

**EVERSHEDS SUTHERLAND (US) LLP**

By: */s/ Michael J. Woodson*
    Texas State Bar No.: 24084117
    600 Congress Avenue, Suite 2000
    Austin, Texas 78701
    (713) 470-6121 – Telephone
    (512) 721-2656 – Facsimile
    MichaelWoodson@eversheds-sutherland.com

**ATTORNEYS FOR PLAINTIFF VOLT POWER, LLC**

**OLIVA, SAKS, GARCIA & CURIEL, LLP**

By: */s/ Bradley Bellows (by permission)*
    Scott E. McCarty
    State Bar No.: 24094826
    Bradley Bellows
    State Bar No.: 24113611
    14255 Blanco Road
    San Antonio, Texas 78216
    Telephone: (210) 308-6600
    Facsimile: (210) 308-6939
    semccarty@osgclaw.com
    bradley@osgclaw.com

**ATTORNEYS FOR DEFENDANTS AXIS POWER, LLC, ARCH MANAGEMENT SERVICES, LLC, JUSTIN GRAHAM, ALEX GRAHAM, SAMUEL "SAMMY" CHRISTIAN, ALFREDO "FREDDY" CHAVEZ, DANIEL WELCH, BRANDON CODY GRAHAM, and LANCE BROWN**

## CERTIFICATE OF SERVICE

This is to certify that on this 14th day of March 2022, a true and correct copy of the foregoing document was filed with the Court's Electronic Case Filing system, which will provide electronic notification of its filing to all counsel who have appeared in this action.

*/s/ John T. Hays*
John T. Hays
